# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANN HENRY,

      Plaintiff *Pro Se*,

vs.                                                  No. CIV 00-719 JC/KBM

ALBUQUERQUE POLICE DEPARTMENT,
OFFICER D.L. HANSEN, NEW MEXICO
MOTOR VEHICLE DIVISION OF THE
STATE OF NEW MEXICO,

      Defendants.

## FINAL ORDER

THIS COURT, by Memorandum and Opinion Order dated August 28, 2001, (Doc. #59),

denied Plaintiff's Motion for Reconsideration Under FRCP 60(b), filed May 24, 2001 *(Doc. 38)* and

granted Defendant Hansen's Motion for Summary Judgment on remaining Counts II and VI, filed

May 29, 2001 *(Doc. 42)*.   For the reasons set forth therein, the Court now enters this final order

pursuant to FED. R. CIV. P. 58, dismissing this cause in its entirety.

DATED August 28, 2001.

_____
SENIOR UNITED STATES DISTRICT JUDGE